# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernesto Ortiz-Lopez, | No. CV-26-04866-PHX-DWL |
| Petitioner, | **ORDER** |
| v. | |
| John E Cantu, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging present immigration detention. (Doc. 1.)  Under General Order 26-09, Respondents were directed to respond to the Petition. (Doc. 3.)   Respondents' response states: "Respondents do not oppose Petitioner's request for release at this time."  (Doc. 6.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his request for release from custody.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondent must immediately release Petitioner from custody under the same conditions that existed before his detention.

///

///

///

///

**IT IS FURTHER ORDERED** Respondent must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of July, 2026.

_____
Dominic W. Lanza
United States District Judge